```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  KEYBANK NATIONAL ASSOCIATION,

                        Plaintiff,            MEMORANDUM & ORDER
                                               22-CV-1894(EK)(JAM)
                -against-

  NOUR LIMO, INC, and ASHRAF SAAD,

                        Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The court has received Magistrate Judge Marutollo's Report and Recommendation (R&R) dated February 20, 2024. ECF No. 24. Judge Marutollo recommends that the plaintiff's motion for default judgment be granted in part and denied in part. Specifically, the R&R concldues that the plaintiff should be awarded $284,870.93 plus post-judgment interest, but no attorneys' fees or costs. No party has filed objections, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I see no error and therefore adopt the R&R in its entirety. Thus, the plaintiff's motion for default judgment is granted in part and denied in

part. The Clerk of Court is respectfully directed to enter judgment for the plaintiff and close this case.[1]

        SO ORDERED.

                              /s/ Eric Komitee
                              ERIC KOMITEE
                              United States District Judge

Dated:    March 22, 2024
            Brooklyn, New York

---

[1] The Clerk of Court is also respectfully directed to update the caption to omit defendant Ragaey Mohamed, who was voluntarily dismissed on August 30, 2022. ECF No. 19.